**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Eltrentrose F. LIVERMAN, a/k/a Trent, Defendant—Appellant.**

**No. 11–7692.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2012.

Decided: July 20, 2012.

Eltrentrose F. Liverman, Appellant Pro Se. Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eltrentrose F. Liverman appeals the district court's order denying his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Liverman,* No. 2:95–cr–00151– JBF–FBS–7 (E.D.Va. Nov. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*